35,693-06,07

## Writ No's WR-35,693,06 and WR-35,693-07

MOTION DISMISSED
DATE: 1/28/15
BY: PC

SENT By FAX:
(512) 463-7061
INTERNET. WWW.CCA.court.state.Tx.us

Court of Criminal Appeals
Clerk Abel Acosta
P.O. Box 12308
Austin Texas 78711

Dec 28, 2014

Dear Clerk: Abel Acosta

This is being SENT By FAX to your Office in these Causes and Matters for Me here. Find and file with the Courts, One Motion For Clerk to Correct Records, Motions filed in these Cause No's.

This is being done in this Matter Because I have No Access to Materials here and All my Paths to the Courts are being blocked by this Unit and TDCJ ID Employees.

We have BEEN on Unit Lock down here. Shakedown No Store, No Stamps, "No Legal Vists" No Materials Can Not use Indigent Legal mail here, Funds on Books Other Paths Blocked as well. Plus I have Bad Eye Sight And No Night light To See By. This is the darkest Unit I have Ever BEEN on period.

Including One Motion For Clerk To Fix Records there. Please find Exhibits with Both 11.07 and Put Original Copy of indictment's And David W Tucker's Indictment with this with Copies in Both 11.07's. This will make (3) indictments altogether in Both 11.07s. I have filed in these cause. Need Copy of Cause No # 23-315-361 out of Bryan Texas Brazos Co. District Court 361st Indictment Placed in theres Country Writ No: 1418385-A [11.07s] indictment Cause No # 23-315-361, "DWI cause". Plus copy place with So Called Tr. Ct. No. 23-315-361-D. Which is illegal Act By State.

Thank you for your Help in this Matter

Respectfully Submitted

Andrew Earl Williams

Andrew Earl Williams # 751192
1300 FM 655 Terrel C 3-19

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 12 2015
Abel Acosta, Clerk

Motion To Criminal Court of Appeals "Austin" Order Clerk Correct
Records Motions filed in these Causes.

Motion To Correct 11.07's and other Motions filed illegally in these two (2) Causes Numbers Tr.Ct No# 1418385-A And WR. 35-693-06 does not have No bearing period on This Cause No: 23,315, 361st out of Bryan Texas Till After 11.07 Habeas Corpus Appeal run it course Thur Appeals and answers priors void questions and other illegal acts by State of Texas and District Courts And it's Clerks illegal actions Period. Do you all Understand This. Criminal Court of Appeals Clerk mistakely listening to Brazos County's D.A's and Clerk their acts of jumping the gun and wrong conclusions and changing the Real issues of these facts by drawing attention away from Real Motions and Properly filed writ's and Motions, and out right lies by State and its officials and Clerks done Repeatly in these causes, under 35-693-01 and 02, then 03, 04, Now going to make illegally WR 35-693-07 out of threeis County No# 1418385-A is illegal and nothing to do with Bryan Till After facts of rulings.

Now read list of illegal Acts By 361st District Court, On April 3rd I fired Bruno Shismk (phone) Then filed Motion Before May 2nd 1996 with 361st. Court, Also filed Motion with 10th Court of Appeals Waco Before July 1996 and Records Proves This. Clerks and Courts illegally force Him on my Appeals "Direct Appeals" Motions filed by me. Then Clerk of 10th Appeals switch letter Memoranum And Direct first Appeal. Then under 11.07 at Criminal Court of Appeals in Austin did same illegal act in 1999. Now it become's worst at all the other illegal acts This State has done illegally knowingly in these Causes.

Fav Motion To Criminal Court of Appeals

CORRECT Records And Motion's Filed in Causes

To deny me any fair Hearings, Direct Appeals and no 11.07 Habeas Corpus Actions Because of these illegal act's by Courts And it's Clerks DA's and Officials Action for State. Now I find out my Jury saw in my Prison Run Packet A Statement in which is not Mine, on one Never even locked up at time with any person that I know of with that name. No chance to defend myself on this false claim by State and TDCJID. This is like me calling State Courts out right Childmostar's on some one else's word and written statement published on your records. With you not knowing About and your Jury saw and read this statement Then convicted and sentenced you. Four illegal acts Right there alone. What Evidence? By the way stupid My Dead brat Dad could not read nor write. Brazos County lied About story and whole actions as well Then on Real 3rd claimed and 2nd 11.07 State lied again claiming Time Barred to deny me Any relief. The only way Justice could be served to me is a bullet to each crooked lieing person involved in this Cause. That's my opinion, And these cases overturned. See Copy of this indictment as well used against me in Tr. G. No# 1418385-A. And used By State TDCJID and Parole, To Deny me Parole there now. Harris County on Aug 19,13 Related cause 1397524 (184). David Westly Tucker Address 10106 Edwards street. Owned by Steve Tucker. Warrant wrong address And property. And no control over that property Neither. New Appeals and Appointment of Legal Counsel.

Respectfully Submitted